FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

EDWIN RANDALL[1] COSTON, a.k.a. ALLAH,

                              Petitioner,

    v.

ANDREW COOPER,

                              Respondent.

NO:  2:26-CV-093-TOR

ORDER DISMISSING ACTION WITH PREJUDICE

Petitioner, an individual incarcerated at the SeaTac Federal Detention Center, submitted a *pro se* document titled, "Emergency Petition for Writ of Habeas Corpus," on February 20, 2026. *See* ECF No. 1.  The action was filed as a petition

---

[1] The Court notes that some of Petitioner's documents spell the middle name with a single "l," while others use the letter "l" twice.  Petitioner's criminal conviction in this Court, No. 2:13-cr-112-TOR, utilized the single "l".

ORDER DISMISSING ACTION WITH PREJUDICE -- 1

pursuant to 28 U.S.C. § 2241 as Petitioner appears to be challenging rulings in his federal criminal conviction and appeal. *Id.* at 3. He did not pay the applicable $5.00 filing fee for this action and did not provide an *in forma pauperis* application with the certificate portion completed by the institution of incarceration. *See* Rules 3(a) and 1(b), Rules Governing Section 2254 Cases in the United States District Courts; 28 U.S.C. § 1914(a).

Petitioner asks the Court to "Vacate and Expunge the Indictment" and to "Vacate and Expunge the Void Judgment," claiming "there is no such conviction for Edwin Randal Coston" and there was "no Indictment naming Allah© as the defendant." ECF No. 1 at 3.

Petitioner has filed multiple challenges to his federal criminal conviction in this District. This Court has denied his motions as untenable and without any basis in law or fact. *See* No. 2:13-cr-00112-TOR, ECF Nos. 190, 193, 197, 204, 208, 210, 212, and 224. The Court has denied his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, and determined that the Judgment contained Petitioner's "former and new name: 'EDWIN RANDAL COSTON aka ALLAH'", thus denying his "Motion to Validate Judgment". *See id.*, ECF Nos. 214 and 216. The Court has also denied his Motion for Recusal. *See id.,* ECF No. 222.

The Court finds Petitioner's present action is also untenable and without any basis in law or fact. Therefore, no further action is required.

ORDER DISMISSING ACTION WITH PREJUDICE -- 2

Accordingly, the Emergency Petition for Writ of Habeas Corpus is **DENIED,** and this action is **DISMISSED with prejudice.**

The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). Therefore, a certificate of appealability is **DENIED.**

The Clerk of Court is directed to enter this Order, enter judgment, forward copies to Petitioner and **CLOSE** the file.

**DATED** April 8, 2026.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION WITH PREJUDICE -- 3